**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00856-CV

### CHAN PARK, Appellant

### V.

### ELAINE MCKEON & EXXON MOBIL CORPORATION, Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-02026-D**

## ORDER

Appellees' January 3, 2013 unopposed second motion for extension of time to file appellees' brief is **GRANTED**. Appellees' brief shall be filed on or before February 13, 2013. Appellees are cautioned that further extentions of time to file their brief will not be granted absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE